THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  THE HONORABLE CLAIRE R. KELLY, JUDGE

| | | |
|---|---|---|
| INTERNATIONAL RIGHTS ADVOCATES, | : | |
| Plaintiff, | : | Court No. 23-00165 |
| v. | : | |
| ALEJANDRO MAYORKAS, Secretary U.S. Department of Homeland Security, | : | |
| TROY A. MILLER, Acting Commissioner U.S. Customs and Border Protection, | : | |
| Defendants. | : | |

## ORDER

Upon reading defendants' consent motion for an extension of time to respond to plaintiff's complaint; and upon consideration of other papers and proceedings had herein; it is hereby

ORDERED that defendants' consent motion be, and hereby is, granted; and it is further

ORDERED that defendants' time to file its motion to dismiss plaintiff's Complaint be, and hereby is, extended to, and including, November 6, 2023; and it is further

ORDERED that plaintiff's time to file its response to defendants' motion to dismiss the complaint is due on December 18, 2023.

                                                                       _____
                                                                             JUDGE

Dated: New York, New York
       This _____ day of _____, 2023.

THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| INTERNATIONAL RIGHTS ADVOCATES, | : |
| Plaintiff, | : Court No. 23-00165 |
| v. | : |
| ALEJANDRO MAYORKAS, Secretary U.S. Department of Homeland Security, | : |
| TROY A. MILLER, Acting Commissioner U.S. Customs and Border Protection, | : |
| Defendants. | : |

## DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION TO DISMISS PLAINTIFF'S COMPLAINT

The defendants, pursuant to Rules 6(b) and 7 of the United States Court of International Trade, respectfully moves this Court for an extension of time of twenty-one (21) days to, and including, November 6, 2023, to file their motion to dismiss plaintiff's Complaint. Concomitantly, plaintiff has requested that the time to respond to defendant's motion to dismiss be extended by seven (7) days to, and including, December 18, 2023.  Defendants' response to plaintiff's Complaint is currently due on October 16, 2023, and plaintiff's response date is anticipated to be December 11, 2023.  This is our first request for an extension of time to respond to this Complaint.

Good cause exists for the relief requested.  "Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule." *See Mondiv, Division of Lassonde*

*Specialties Inc. v. United States*, 16-00038, Dkt. 28 (*citing HighPoint Design LLC v. Buyers Direct, Inc.*, 730 F.3d 1301, 1319 (Fed. Cir. 2013)).  This case involves a claim under Section 706(1) the Administrative Procedure Act (APA) for declaratory and injunctive relief.  Plaintiff alleges that U.S. Customs and Border Protection's (CBP) "fail[ed] to take any of the actions required by the Tariff Act of 1930, 19 U.S.C. § 1307, and the implementing regulations, 19 C.F.R. § 12.2 *et seq.*" as a result of plaintiff's petition alleging that cocoa in Cote d'Ivoire is harvested in whole or in part by forced labor.  Pl.'s Compl. ¶ 1.  Upon thoroughly reviewing the claims asserted in plaintiff's Complaint and the relevant materials, defendants have determined that this Court lacks jurisdiction to hear plaintiff's claims and that plaintiff cannot maintain a viable action against defendants in this Court.  Consequently, defendants intend to file a motion to dismiss plaintiff's Complaint.  The requested additional time would allow defendants to complete the drafting of the motion and allow for the review and finalization of the brief.

On October 5, 2023, Terry Collingsworth, counsel for plaintiff, International Rights Advocates informed undersigned counsel that, on behalf of his client, he consents to the defendants' requested extension of time and asked that we include in our motion, that plaintiff's

time to respond to the motion be extended to, and including, December 18, 2023.

    WHEREFORE, defendants respectfully request that the consent motion be granted.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

By: /s/ Aimee Lee
AIMEE LEE
Assistant Director

/s/ Marcella Powell
MARCELLA POWELL
Senior Trial Counsel
International Trade Field Office
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
Attorney for Defendant
Dated: October 5, 2023   (212) 264-1873 or 9230