UNITED STATES

---

### NOTICE OF APPEAL

Notice is hereby given that the appellant listed below hereby appeals the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: _____

Case title being appealed: _____ v. _____

Date of final judgment or order being appealed: _____

**List all Appellants** (List each party filing this appeal.  Do not use "et al." or other abbreviations.  Attach continuation pages if necessary.)

```
┌─────────────────────────────────────────────┐
│                                             │
│                                             │
│                                             │
│                                             │
└─────────────────────────────────────────────┘
```

Date: _____     Signature: *Terry Collingsworth*

Name: _____

Address: _____

_____

_____

Phone Number: _____

Email Address: _____